IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
|     Plaintiff/Respondent, | § | |
| | § | |
| v. | § | Cr. No. C-06-526 (5) |
| | § | C.A. No. 07-211 |
| MANUEL MENDOZA, | § | |
| | § | |
|     Defendant/Movant. | § | |

## FINAL JUDGMENT

The Court enters final judgment denying defendant Manuel Mendoza's motion to vacate, set aside or correct sentence under 28 U.S.C. § 2255.

ORDERED this 15th day of May, 2007.

_____
Janis Graham Jack
United States District Judge

1